## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM J. BISHOP, | ) | 3:05-CV-605-BES (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 5, 2006 |
| | ) | |
| HILCO RECEIVABLE, LLC, and PHILLIPS & COHEN ASSOCIATES, LTD., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Award of Attorneys Fees and Reimbursement of Expenses (Doc. #15).  There has been no opposition.

LR 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Award of Attorneys Fees and Reimbursement of Expenses (Doc. #15) is **GRANTED**.  Plaintiff's counsel is awarded $5,115.00 in attorneys fees and $300.00 in costs.

LANCE S. WILSON, CLERK

By:        /s/
             Deputy Clerk